# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

ARAZ ALALI,

               Plaintiff,

-against-

ROBERT GAZZOLA, individually, PATRICK J. CARROLL, individually, and the CITY OF NEW ROCHELLE, New York,

               Defendants

**SUMMONS IN A CIVIL ACTION**

Case No.

**07 CIV. 1296**

**BRIEANT**

**TO:** (Name and Address of Defendant)

ROBERT GAZZOLA, Captain, New Rochelle Police Department, 475 North Avenue, New Rochelle, NY

PATRICK J. CARROLL, Commissioner, New Rochelle Police Department, 475 North Avenue, New Rochelle, New York

CITY OF NEW ROCHELLE, New York, 515 North Avenue, New Rochelle, New York

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY,
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

an Answer to the Complaint which is herewith served upon you, within twenty days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**       FEB 2 1 2007

CLERK                              DATE

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07 Civ. 1296 (CLB)

ARAZ ALALI,

                        Plaintiff,

v.

ROBERT GA.ZZOLA, individually, et al.,

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/21/07 at 2:20 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: City of New Rochellel

At Location: 515 North Avenue, New Rochelle, New York 10801

    By delivering to and leaving with Mike Brooks, Law Department, and that deponent knew the person so served to be authorized to accept service.

On February 22, 2007, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 35-45 | Weight 180 |
| Color of Skin BLACK | Height 5'8" | Color of Hair Black |
| Other Features | | |

_Robert Fouvy_
Robert Fouvy

Sworn to before me this
22nd day of February, 2007

_Ann B. Frank_
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 _10_