## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

March 12, 2007

By Fax: (914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
Attn: Mrs. Alice Cama

*MEMO ENDORSED*
*Application Granted —*
*So Ordered*
*3-13-2007*
*Charles L. Brieant J*

Re: Araz Alali v. Robert Gazzola, individually, Patrick J. Carroll, individually, and the City of New Rochelle, New York, Docket No.: 07 Civ. 1296 (CLB)
Our File No.: 07367.00056

Dear Judge Brieant:

We represent the defendants in the above-referenced action.

On consent of plaintiff's attorney, Jonathan Lovett, Esq., we respectfully request an extension of defendants' time to answer or respond to the complaint to April 16, 2007. The reason for this request is for additional time to investigate the allegations contained in the complaint.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Lalit K. Loomba

Cc: Jonathan Lovett, Esq.
By fax: (914) 428-8916

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

1503532.1