# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, New York 10604-3407
Tel: (914) 323-7000   Fax: (914) 323-7001

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

**Peter A. Meisels, Partner**
Peter.Meisels@wilsonelser.com

September 12, 2007

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   Araz Alali v. Robert Gazzola, individually, Patrick J. Carroll, individually,
      and the City of New Rochelle, New York
      Index No.: 07 Civ. 1296 (CLB)
      Our File No.: 07367.00056

Dear Judge Brieant:

We represent the defendants in this federal civil rights action. On August 2, 2007, the defendants filed a motion for summary judgment pursuant to paragraph 3(d) of your scheduling order. In view of the terms of paragraph 3(d) of your order which provide that the plaintiff's "version of the events shall be presumed true for the purposes of the motion," we request that discovery be stayed pending your decision on the motion. Plaintiff's counsel does not consent. If the Court concludes that discovery should continue despite the pendency of the summary judgment motion made on grounds of qualified immunity, all counsel request the opportunity to submit a proposed revised discovery schedule.

Concerning the pending motion for summary judgment, on consent, plaintiff's counsel requests the Court extend the date to oppose the motion until

[Handwritten endorsement in left margin: Motion adjourned until December 7, 2007 at 10:00 AM and discovery is stayed pending further order of the Court. SO ORDERED Charles Brieant September 17, 2007]

1687179.1

Hon. Charles L. Brieant, *U.S.D.J.*
September 12, 2007
Page 2


November 16, 2007 and, on consent, we request that the Court extend the defendants' time to reply until December 4, 2007.

Respectfully yours,

Peter A. Meisels

PAM:kt
cc:   Jonathan Lovett, Esq.

1687179.1