UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ARAZ ALALI,

               Plaintiff,

                                               07 Civ. 01296 (CLB)

   -against-                                         JUDGMENT

ROBERT GAZZOLA, Individually, PATRICK J.
CARROLL, Individually and THE CITY OF
NEW ROCHELLE, NEW YORK,

               Defendants.
------------------------------------X

      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on January 31, 2008, having handed down a Memorandum and Order (Docket #19), granting defendant's motion for Summary Judgment (Docket #9), and dismissing all claims against all defendants, it is,

      **ORDERED, ADJUDGED AND DECREED:** that defendant's motion for Summary Judgment (Docket # 9) is granted and all claims against all defendants are hereby dismissed, and the case is hereby closed.

DATED: White Plains, N.Y.
           January 31, 2008

                                                  J. Michael McMahon
                                                  Clerk Of Court

Entered on the Docket on 01/31/2008

I:\JUDGMENT\ALALI.296.wpd